LAURI S. THOMPSON
Nevada Bar No. 6846
PETER H. AJEMIAN
Nevada Bar No. 9491
SHAUNA L. NORTON
Nevada Bar No. 11320
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
thompsonl@gtlaw.com
ajemianp@gtlaw.com
nortons@gtlaw.com
Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GNLV, Corp., <br><br> Plaintiff, <br><br> v. <br><br> T. WARREN ENTERPRISES, INC., et al., <br><br> Defendants. | Case No.: 2:13-cv-943-JCM-CWH <br><br> FINAL JUDGMENT <br> AND PERMANENT INJUNCTION |

Pursuant to this court's order granting in part and denying in part Plaintiff's motion for final judgment and damages (Doc. # 50),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that final judgment is entered in favor of plaintiffs and against defendants T. Warren Enterprises, Inc., Great Vibe Entertainment, Inc., Tracie Pastore, and Yabachushyanei Bennett (collectively, "defendants") in the amount of $300,000.00 in statutory damages under 15 U.S.C. § 1117(c) and $5,000.00 in nominal damages for corrective advertising.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that defendants are permanently enjoined from any and all use of the GOLDEN NUGGET name, trademark, or logo, and any confusingly similar variation thereof, alone or in combination with any other letters, words,

letter strings, phrases or designs, in commerce or in connection with any business or for any other purpose.

IT IS SO ORDERED.

DATED July 8, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:
GREENBERG TRAURIG, LLP

/s/ Shauna L. Norton
Lauri S. Thompson (Nevada Bar No. 6846)
Peter H. Ajemian (Nevada Bar No. 9491)
Shauna L. Norton (Nevada Bar No. 11320)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2015, I served the foregoing [PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION via the Court's CM/ECF System upon:

Vincent Aiello, Esq.
The Aiello Law Firm, P.C.
9555 Hillwood Dr., Suite 150
Las Vegas, Nevada 89134

Robert J. Behal, Esq.
The Behal Law Group, LLC
501 S. High Street
Columbus, OH  43215

Counsel for Defendants

/s/ Cynthia L. Ney                    .
An Employee of Greenberg Traurig, LLP

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002